1 | Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4

5 | Attorney for Plaintiff

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR

9 | THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | PENG  SEE                                    )
                                                  )    CASE NO. 1:09-CV-1751
13 |                                              )
         Plaintiff,                               )    STIPULATION AND ORDER
14 |                                              )
    vs.                                           )
15 |                                              )
    COMMISSIONER OF                               )
16 | SOCIAL SECURITY,                             )
                                                  )
17 |        Defendant.                            )
    _____              )
18

19 |        The parties hereby stipulate through counsel, with the Court's approval as indicated by

20 | issuance of the attached Order, that Plaintiff shall have a first extension of time of 45 days to

21 | serve on Defendant a confidential letter brief.  The additional time is needed because Plaintiff

22 | only recently received the administrative record due to the Post Office's error.  The new due date

23 | for Plaintiff's letter brief will be April 27, 2010, and the Court's Scheduling Order shall be

24 | modified accordingly.

25 | / /

26 | / /

27 | / /

28 | / /

1  Dated:  March 20, 2010                    /s/ Sengthiene Bosavanh

2                                            SENGTHIENE BOSAVANH, ESQ.
                                             Attorney for Plaintiff
3

4  Dated: March 20, 2010                     MCGREGOR SCOTT
                                             United States Attorney
5
                                             By: /s/ Brenda M. Pullin
6                                            (as authorized via facsimile/e-mail)
                                             BRENDA M. PULLIN
7                                            Assistant Regional Counsel

8                                            **ORDER**

9

10

11

12

13
       IT IS SO ORDERED.
14
       **Dated:    March 22, 2010**              **/s/ Gary S. Austin**
15                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28