```
 1  Sengthiene Bosavanh, Esq. #249801
    Law Offices of Jeffrey Milam
 2  P.O. Box 26360
    Fresno, California 93729
 3  (559) 264-2800

 4  Attorney for Plaintiff

 5

 6

 7              IN THE UNITED STATES DISTRICT COURT FOR

 8                 THE EASTERN DISTRICT OF CALIFORNIA

 9

10  Peng See                    )
                                )   CASE NO. 1:09-CV-1751-GSA
11        Plaintiff,            )
                                )
12        v.                    )
                                )   STIPULATION AND ORDER
13  Commissioner of Social      )   FOR EXTENSION OF TIME TO SUBMIT
    Security,                   )   PLAINTIFF'S OPENING BRIEF
14                              )
          Defendant.            )
15  _____)

16
```

17          IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff

18  be granted a 45-day extension of time to submit Plaintiff's Opening Brief. The reason for this

19  extension is due to Plaintiff's counsel's workload demands and scheduling conflict.  The

20  current due date for Plaintiff's Opening Brief is June 20, 2010. The new due date will be

21  August 4, 2010.

22          The parties further stipulate that the Court's Scheduling Order shall be modified

23  accordingly.

24

25  Dated: 06/18/2010                      /s/ Sengthiene Bosavanh

26                                         SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff
27
    Dated: _____
28
                                           BENJAMIN B. WAGNER
                                           United States Attorney

By: /s/ Brenda Pullin<br>
(as authorized via email on 6/18/10)<br>
BRENDA PULLIN<br>
Assistant Regional Counsel

## ORDER

After reviewing the agreement of the parties, the Court adopts the stipulation. The remaining deadlines in the Court's scheduling order issued on October 5, 2009, remain in full for force and effect.

IT IS SO ORDERED.

**Dated:  June 21, 2010**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE